# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PHELPS, SR., | 1:14-cv-00251-BAM (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |
| vs. | |
| MARGARET MIMMS, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 26, 2014. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **February 28, 2014**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

1