1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9
10

TONY PHELPS, SR.,                                    Case No.  1:14-cv-00251-BAM

11

                    Plaintiff,                       ORDER DIRECTING CLERK OF THE
                                                     COURT TO ADMINISTRATIVELY

12

            v.                                       REDESIGNATE CASE AS A REGULAR
                                                     CIVIL ACTION

13

MARGARET MIMMIS, et al.,

14

                    Defendants.

15

_____/

16
17

        Plaintiff Tony Phelps, Sr., who is presently detained in the Fresno County Jail, filed this

18

civil action on February 26, 2014.  The action was administratively designated as one involving a

19

prisoner litigating the conditions of his jail confinement.  The Court has reviewed the complaint

20

and determined that the present action primarily involves events occurring before Plaintiff's

21

detention in the Fresno County Jail and not his conditions of jail confinement.

22

        Accordingly, the Clerk of the Court SHALL change the administrative designation of the

23

present case to reflect that of a regular civil rights action (440).

24
25

IT IS SO ORDERED.

26

    Dated:   __April 14, 2014__                   ____/s/ Barbara A. McAuliffe____

27

                                                  UNITED STATES MAGISTRATE JUDGE

28