# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PHELPS, Sr. | Case No. 1:14-cv-251-AWI-BAM |
| Plaintiffs, | ORDER ON MOTION FOR PRELIMINARY INJUNCTION (ECF No. 7) |
| v. | |
| MARGARET MIMMS, JERRY DYER, | |
| Defendant. | |

    Plaintiff Tony Phelps, Sr. ("Plaintiff") appears to be a pretrial detainee[1] proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff names Margaret Mimms and Jerry Dyer as defendants. On March 5, 2014, Plaintiff filed a consent to jurisdiction of a United States Magistrate Judge.

    On April 8, 2014, Plaintiff filed a motion for relief related to being deprived of medical treatment and deprived of use of the law library and legal material. The Court construes Plaintiff's motion as a motion for temporary restraining order and preliminary injunction. Plaintiff is housed in the Fresno County Jail. Plaintiff complains that he is concerned he will be retaliated against at the Fresno County Jail because he has filed this lawsuit. He complains that his eye glasses were taken from him, that he has high blood pressure and related heart problems. He alleges he also has separated rotor cups in his arms causing pain, herniated discs, mental

---

[1] The allegations are unclear if Plaintiff is a pretrial detainee or a sentenced prisoner. For purposes of this order, the Court will assume Plaintiff is a pretrial detainee.

1

illness for which he needs medications, and other ailments.  He complains that he has not seen any medical doctors and his medical request slips are unanswered.

"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 376, 172 L.Ed.2d 249 (2008) (citation omitted). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Id.* at 20 (citations omitted). An injunction may only be awarded upon a clear showing that the plaintiff is entitled to relief. *Id.* at 22 (citation omitted) (emphasis added).

Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court must have before it an actual case or controversy. *City of Los Angeles v. Lyons*, 461 U.S. 95, 102, 103 S.Ct. 1660, 75 L.Ed.2d 675 (1983); *Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.*, 454 U.S. 464, 471, 102 S.Ct. 752, 70 L.Ed.2d 700 (1982). If the court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. Thus, "[a] federal court may issue an injunction [only] if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." *Zepeda v. United States Immigration and Naturalization Serv.*, 753 F.2d 719, 727 (9th Cir.1983); see Fed.R.Civ.P. 65(d) (listing persons bound by injunction).

The Court takes Plaintiff's assertions seriously, but lacks jurisdiction to issue the relief requested.  In a separate order issued concurrently, Plaintiff's complaint was dismissed with leave to amend.  Thus, at this time, Plaintiff is not entitled to any preliminary injunction because there is no case or controversy and the Court lacks jurisdiction to issue any injunctive relief.  Plaintiff's motion for injunctive relief shall be denied without prejudice to refiling.  However, Plaintiff is cautioned that the Fresno County Jail is not a party to this action and the Court lacks

///

///

jurisdiction to issue or enforce an injunction against a non-party.  *In re Estate of Ferdinand Marcos*, 94 F.3d 539, 545 (9th Cir. 1996).

For the reasons stated, Plaintiff's motion for temporary restraining order and preliminary injunction is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **May 23, 2014**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE