# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PHELPS, Sr.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARGARET MIMMS; JERRY DYER,<br><br>　　　　Defendants. | Case No. 1:14-cv-251-AWI-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS MARGARET MIMMS AND JERRY DYER AND ADD DEFENDANT R. BYRD TO THE DOCKET |

　　　Plaintiff has filed a Second Amended Complaint which no longer names Margaret Mimms or Jerry Dyer as defendants in this action. (Doc. 16). Accordingly, the Clerk of the Court is directed to terminate these defendants on the docket as of August 25, 2014, when the Second Amended Complaint was filed.

　　　Additionally, Plaintiff's Second Amended Complaint names two Doe Defendants: John Doe SG-One and John Doe SG-Two. On November 10, 2014, Plaintiff advised the Court that he only will proceed against John Doe SG-One, who he has identified as Officer R. Byrd. (Docs.25). Therefore, Officer R. Byrd is substituted in as a Defendant in this action. The Clerk of the Court is directed to update the docket accordingly.

IT IS SO ORDERED.

　　　Dated:　**December 12, 2014**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1