# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY PHELPS, Sr.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARGARET MIMMS, JERRY DYER,<br><br>　　　　Defendant.<br>_____ | Case No. 1:14-cv-251-AWI-BAM<br><br>**ORDER TO RECAPTION CASE** |

　　　Based on the Court's screening order and plaintiff's agreement to proceed against officer Byrd (Doc. 25) only, the other named defendants are no longer parties to this case, and the case should be re-captioned. Accordingly, the Caption for this case shall be as follows:

TONY PHELPS, Sr.,　　　　　　　　　　　　　　Case No. 1:14-cv-251-AWI-BAM

　　　　Plaintiff,

　v.

OFFICER R. BYRD,

　　　　Defendant.
_____/

IT IS SO ORDERED.

　　Dated:　__March 9, 2015__　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28